

Eric T. Kanefsky, Senior Partner
862.772.8149   eric@ck-litigation.com

September 19, 2024

**Via ECF**
Hon. Robert Kirsch, U.S.D.J.
United States District Court, District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   **Re:**  *United States v. Moshe Silber*, **Criminal No. 3:24-cr-00446-RK**

Dear Judge Kirsch:

  In connection with the above-referenced matter, attached please find an Application and Proposed Order Modifying Conditions of Release to Permit One-Time Holiday Travel and to Clarify That Mr. Silber May Use Credit Cards. The basis for the application—to which the Government and Pretrial Services (DNJ) have consented—is set forth therein. Thank you for your consideration of this request.

              Respectfully,

              */s/ Eric T. Kanefsky*
              Eric T. Kanefsky, Esq.

c:  Todd Jones, Pretrial Services Officer (DNJ) (by email)
   Babasijibomi Moore, AUSA (by email and ECF)
   All counsel of record (by ECF)

Enclosure

---

ck-litigation.com  862.397.1796  One Newark Center  85 Broad Street
        862.902.5458  1085 Raymond Blvd., 14th Floor  Suite 17031
              Newark, NJ 07102  New York, NY 10004
              *Preferred Mailing Address*