# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE**: TRENTON                                   **DATE**: FEBRUARY 18, 2025

**JUDGE**: ROBERT KIRSCH

**COURT REPORTER**: PAULA HOROVITZ


**TITLE OF CASE**:                                   **DOCKET NO.**
UNITED STATES OF AMERICA
v.
MOSHE SILBER (DEFENDANT NOT PRESENT)                 24-CR-446-01 (RK)
FREDERICK SCHULMAN (DEFENDANT NOT PRESENT)           24-CR-497-01 (RK)

**APPEARANCES**:
Martha Nye, AUSA and Babasijibomi Moore, AUSA for the Government
Eric Kanefsky, Esq. and Luke O'Brien, Esq., counsel for Defendant (24-CR-446)
Justin Weitz, Esq., Sandra Moser, Esq. and Steven Strauss, counsel for Defendant (24-CR-497)

**NATURE OF PROCEEDINGS**:
Telephone Conference held.
Sentencing scheduled for 10:00 a.m. on March 18, 2025.


**Time Commenced:**   2:33 p.m.
**Time Adjourned**:   2:58 p.m.
**Total Time**:       25 minutes

                                                    s/ *Patricia Markey*
                                                    DEPUTY CLERK